UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **RUTHIE DAVIS** | **CIVIL ACTION NO. 22-cv-4240** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **FOREMOST INSURANCE CO GRAND RAPIDS MICHIGAN** | **MAGISTRATE JUDGE KAY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 17] previously filed herein, and, after a thorough review of the record, noting the lack of objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that the Voluntary Motion to Dismiss Without Prejudice filed by Plaintiff Ruthie Davis ("Davis") [Doc. No. 16] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Davis's claims against Defendant Foremost Insurance Co. Grand Rapids Michigan are hereby **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 27th day of November 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE